IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CON-WAY TRANSPORTATION SERVICES, INC.,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:05-CV-421 (WDO) |
| **WALTON PRESS INC.,** | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on review of Defendant's Third Party Complaint against Acorn Mailers. Acorn Mailers is presently involved in a voluntary Chapter 11 bankruptcy proceeding and therefore the automatic stay provisions of the Bankruptcy Code are applicable. Because this proceeding would possibly impede Acorn's reorganization, this case is STAYED for 90 days so that Walton Press may file a Notice of Claim in the Bankruptcy Court and seek relief from the automatic stay. Lukas, Nace, Gutierrez & Sachs, Chartered v. Havens, 245 B.R. 180, n.1 (D.D.C. 2000). After 90 days, the parties are ordered to report on the status of the bankruptcy case and whether the stay may be lifted in this case.

SO ORDERED this 14th day of February, 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE