# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **CONWAY TRANSPORTATION SERVICES,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:05-CV-421 (WDO) |
| **WALTON PRESS, INC.,** | : | |
| **Defendant** | : | |

## ORDER

This matter is before the Court on Defendant's request for a continuance of the stay that was entered because of a third-party debtor's bankruptcy. Because (1) Plaintiff Conway is scheduled to be paid in full in the Bankruptcy Court for the debt it is attempting to collect in this case and (2) lifting the stay in this case would therefore interfere with the orderly implementation of the Bankruptcy Court's reorganization plan, the stay in this case shall continue for an additional 90 days. After 90 days, the parties are ordered to immediately notify this Court of the status of the Bankruptcy case and to suggest the direction in which this case should proceed.

**SO ORDERED this 29th day of August, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**